[Reset Form]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED

## CASE SUMMARY

Case Number: **CR 14 00267**
Defendant Number: 2
2014 MAY -9 PM 4:38

U.S.A. v. NABHAN ISA
Year of Birth: 1967

[✓] Indictment  [ ] Information
Investigative agency (FBI, DEA, etc.): DEA

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

### OFFENSE/VENUE

a. Offense charged as a:
  [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
  [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: Ongoing

c. County in which first offense occurred
  Los Angeles

d. The crimes charged are alleged to have been committed in:
  CHECK ALL THAT APPLY
  [✓] Los Angeles      [ ] Ventura
  [ ] Orange           [ ] Santa Barbara
  [ ] Riverside        [ ] San Luis Obispo
  [✓] San Bernardino   [ ] Other

Citation of Offense: 21 USC 846

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No  [ ] Yes

IF YES  Case Number: N/A

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED
CASE  N/A

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A
Case Number: N/A
Charging: N/A

The complaint:  [ ] is still pending
  [ ] was dismissed on: N/A

### PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [ ] Yes
IF YES, provide, Name: N/A
Phone Number: N/A

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
  [✓] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
N/A

Case Number: N/A
The superseded case:

[ ] is still pending before Judge/Magistrate Judge
N/A

[ ] was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?
  [ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?   [ ] YES   [x] NO
IF YES, list language and/or dialect: _____

**OTHER**
- [x] Male    [ ] Female
- [ ] U.S. Citizen    [x] Alien

Alias Name(s)   Japonesa, Arab

This defendant is charged in:   [ ] All counts
[x] Only counts: One

[ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   [ ] Yes   [x] No
IF YES, should matter be sealed?   [ ] Yes   [x] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [x] narcotics offenses
- [ ] violent crimes/firearms
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud
- [ ] Other

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision?   [ ] Yes   [x] No
d. Is on bail or release from another district:
   N/A

Defendant is **in** custody:
a. Place of incarceration:   [ ] State   [ ] Federal
b. Name of Institution: N/A
c. If Federal: U.S. Marshal's Registration Number:
   N/A
d. [ ] Solely on this charge. Date and time of arrest:
   N/A
e. On another conviction:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges::   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   AND
   Name of Court: N/A
Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20   21   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   5/2/2014

Signature of Assistant U.S. Attorney
Christopher K. Pelham
Print Name