UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NABHAN ISA,<br>　　aka "Arab,"<br>　　aka "Japonesa,"<br><br>　　　　Defendant. | No. CR 14-267-MWF<br><br>INFORMATION RE: PRIOR CONVICTION FOR A FELONY DRUG OFFENSE FOR DEFENDANT NABHAN ISA<br><br>[21 U.S.C. § 851: Proceedings to Establish Prior Conviction] |

　　The United States Attorney charges:

[21 U.S.C. § 851]

　　Defendant NABHAN ISA, also known as ("aka") "Arab," aka "Japonesa" ("ISA"), prior to committing the offense alleged in Count One of the Indictment in United States v. Marcelino Arredondo-Sanchez, et al., CR No. 14-267-MWF, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about June 5, 2003, in the United States District Court for the Central District of California, No. CR 02-03(B)-CAS, defendant ISA was convicted of conspiracy to manufacture methamphetamine, in

```
 1  violation of Title 21, United States Code, Sections 846 and
 2  841(a)(1).
 3
 4                                  STEPHANIE YONEKURA
                                    Acting United States Attorney
 5
                                    /s/ R. E. Dugdale
 6
 7                                  ROBERT E. DUGDALE
                                    Assistant United States Attorney
 8                                  Chief, Criminal Division
 9                                  KEVIN M. LALLY
                                    Assistant United States Attorney
10                                  Chief, Organized Crime
                                    Drug Enforcement Task Force Section
11
                                    RASHA GERGES SHIELDS
12                                  Assistant United States Attorney
                                    Deputy Chief, Organized Crime
13                                  Drug Enforcement Task Force Section
14                                  CHRISTOPHER K. PELHAM
                                    Assistant United States Attorney
15                                  Major Frauds Section
16
17
18
19
20
21
22
23
24
25
26
27
28
```