```
STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER K. PELHAM (Cal. Bar No. 241068)
Assistant United States Attorney
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0610
     Facsimile: (213) 894-0142
     E-mail:    christopher.pelham@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-267-MWF |
|---|---|
| Plaintiff, | <u>GOVERNMENT'S AFFIDAVIT IN SUPPORT OF REQUEST FOR EXTRADITION OF DEFENDANT NABHAN ISA; AFFIDAVITS OF CHRISTOPHER PELHAM AND MELISSA SCHNEIDER; EXHIBITS</u> |
| v. | |
| NABHAN ISA, | |
| Defendant. | |

The government hereby files the affidavits of Assistant United States Attorney Christopher K. Pelham and Drug Enforcement Administration Special Agent Melissa Schneider in support of its request for extradition of defendant NABHAN ISA in the above-captioned case.

///

///

///

1

Both of these affidavits were sworn before a United States Magistrate Judge before being filed with the Court.

Dated: April 24, 2015            Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

_____
CHRISTOPHER K. PELHAM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Both of these affidavits were sworn before a United States Magistrate Judge before being filed with the Court.

Dated: April 24, 2015

Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

_____
CHRISTOPHER K. PELHAM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2